FILED

06 SEP 12 AM 9:23

DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL AREVALO NUNO,<br><br>                          Petitioner,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>                          Respondent. | CASE NO. 02-CR-2835-H<br><br>**ORDER DENYING SUCCESSIVE PETITION FOR WRIT OF HABEAS CORPUS** |

      On August 8, 2006, the Court received a letter from Petitioner Juan Manuel Arevalo Nuno indicating that he had filed a motion the prior week asking the Court to again review his sentence and requesting early relief. Citing an amendment to the United States Sentencing Guidelines that does not become effective until November 1, 2006, Petitioner requests in his letter that the Court grant his motion and reduce his sentence.[1]

      Petitioner was sentenced by this Court on May 5, 2003 to seventy-eight months in prison for attempted entry after deportation. On February 26, 2004, the Ninth Circuit affirmed the Court's judgment. On April 21, 2005, Petitioner wrote to the

---

[1] As of the date of this order, the Court has not received the motion to which Petitioner refers in his letter. Nevertheless, because in his letter he asks the court to review and modify his sentence, the Court construes his letter to be a second application for writ of habeas corpus pursuant to 28 U.S.C. § 2255.

- 1 -

(02cr2835)

Court through counsel requesting that the Court clarify or modify the sentence imposed pursuant to 28 U.S.C. § 2255. After the Court issued an order regarding Petitioner's options, Petitioner's trial counsel, acting as a friend of the Court, filed a brief in support of the petition and consented to the characterization of Petitioner's motion as a petition for a writ of habeas corpus brought under 28 U.S.C. § 2255. On February 22, 2006, the Court denied Petitioner's first petition.

In support of his current petition, Petitioner points to a new policy statement in the United States Sentencing Guidelines addressing modification of a sentence upon motion by the Director of the Bureau of Prisons for extraordinary and compelling reasons. See United States Sentencing Guidelines § 1B1.13 (effective November 1, 2006, absent contrary Congressional action). Thus, the amendment is not yet effective, and even if it were, the provision only applies if the Director of the Bureau of Prisons files a motion. Nevertheless, Petitioner apparently cites to the provision in support of his petition to review and modify his sentence.

Because Petitioner's first habeas corpus petition was adjudicated on the merits, however, the instant petition asking the Court to review and modify his sentence is a "second or successive petition" for purposes of 28 U.S.C. § 2244(b). Before filing a successive petition, Petitioner must "move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. §§ 2255, 2244(b)(3). Section 2244 acts as a gatekeeping provision and imposes stringent restrictions on the filing of second or successive petitions. See Felker v. Turpin, 518 U.S. 651, 662-64 (1996). District courts cannot consider a successive petition until the appropriate court of appeals issues an order authorizing the district court to consider the application. See 28 U.S.C. § 2244(b)(3)(A). Here, Petitioner has failed to present any evidence that he filed a petition in the Ninth Circuit and was granted leave to file a second § 2255 motion.

/ / / /

/ / / /

Finally, to the extent Petitioner seeks to file an additional motion asking the Court to review and modify his sentence, he must first seek authorization from the Ninth Circuit to file another § 2255 petition.

For the reasons provided above, the Court DISMISSES the successive petition for writ of habeas corpus pursuant to 28 U.S.C. § 2255.

IT IS SO ORDERED.

Dated: 9/12/06

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

**Copies To:**

Juan Manuel Arevalo Nuno
Reg. # 84834-198
FCI-Victorville I
P.O. Box 5300
Adelanto, CA 92301

U.S. Attorney's Office
Civil Division
880 Front St.
San Diego, CA 92101