FILED

2006 OCT 26 AM 9:01

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL AREVALO NUNO,<br><br>        Petitioner,<br>vs.<br>UNITED STATES OF AMERICA,<br>        Respondent. | CASE NO. 02CR2835-H<br><br>**ORDER DISMISSING SUCCESSIVE PETITION** |

On October 20, 2006, Petitioner Juan Manuel Arevalo Nuno ("Petitioner") submitted a letter to the Court requesting early relief from sentence, citing 8 U.S.C. § 1326. Petitioner was setenced by this Court to 78 months in prison for attemped entry after deporation on May 5, 2003. (Doc. No. 28.) The Ninth Circuit affirmed the Court's judgment on February 26, 2004. Petitioner requested modifcation of his sentence pursuant to 28 U.S.C. § 2255 on April 21, 2005. After the Court issued an options order, Petitioner's trial counsel, acting as a friend of the Court, filed a brief consenting to characterization of Petitioner's motion as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2255. (Doc. No.'s 41-43.) On February 22, 2006, the Court denied the petition. (Doc. No. 48.) On August 8, 2006, Petitioner filed a request for early relief from his sentence which the Court denied as an improper successive petition pursuant to 28 U.S.C. §§ 2255 and 2244(b). (Doc. No.'s 49-50.)

////

|    |                                                                                          |
|----|------------------------------------------------------------------------------------------|
| 1  | The Court construes Petitioner's request for early relief as a petition for writ of     |
| 2  | habeas corpus under 28 U.S.C. § 2255.  As Petitioner's 2005 habeas petition was         |

The Court construes Petitioner's request for early relief as a petition for writ of habeas corpus under 28 U.S.C. § 2255. As Petitioner's 2005 habeas petition was adjudicated on the merits, the instant petition requesting early relief is a successive petition under 28 U.S.C. § 2244(b). Prior to filing a second or successive petition, a petitioner must "move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. §§ 2255, 2244(b)(3). The District Court may not consider a successive petition until the appropriate court of appeals has issued an order authorizing the district court to consider the petition. See 28 U.S.C. § 2244(b)(3)(A). Petitioner has not sought permission from the Ninth Circuit Court of Appeals to file a second or successive petition, therefore, the Court **DISMISSES** the successive petition for writ of habeas corpus pursuant to 28 U.S.C. § 2255. Prior to filing any further requests for relief from sentence in this Court, Petitioner must seek permission from the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

Dated: 10/25/06

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

**COPIES TO:**
Juan Manuel Arevalo Nuno
Reg. # 84834-198
FCI-Victorville I
P.O. Box 5300
Adelanto, CA 92301

U.S. Attorney's Office
Civil Division
880 Front St.
San Diego, CA 92101